Entered on Docket January 17, 2019

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARCELLA F COLON,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 18-14384-TWD

ORDER DISMISSING CASE AND BARRING DEBTOR FROM RE-FILING BANKRUPTCY FOR 180 DAYS

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case and Bar Re-filing Bankruptcy for 180 days (ECF No. 13). The Court finds that the debtor filed this case in bad faith and the Court made findings of fact and conclusions of law at the January 16, 2019 hearing pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a). Based on the record, including the Court's findings and conclusions, it is

ORDERED that:

1)   This case is dismissed; and

2)   The debtor is barred from re-filing for bankruptcy relief under Title 11 of the United States Code for a period of 180 days from the date of the entry of this order.

/ / /End of Order/ / /

Presented by:

*/s/ Jason Wilson-Aguilar*
JASON WILSON-AGUILAR, WSBA #33582
Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282